**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLENE MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant | Case No.: 1:10-cv-01387 JLT<br><br>ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO FILE A LATE BRIEF<br><br>(Doc. 14) |

On March 16, 2011, Charlene Martinez ("Plaintiff") requested leave to file her Opening Brief and Points and Authorities in Support Thereof because the filing deadline was March 11, 2011. (Doc. 14). Plaintiff's counsel stated she had received no objection to the late filing from the defendant. *Id.* at 2. Therefore, given the minimal prejudice to the defendant and the good cause attested to by Plaintiff's counsel, Plaintiff's ex parte application to for leave to file her Opening Brief is **GRANTED**.

IT IS SO ORDERED.

Dated:　**March 17, 2011**　　　　　　　　　　　　　／s／ **Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1