IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE MARTINEZ,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　　Defendant | Case No.: 1:10-cv-01387 JLT<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEYS FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412 (d) AND COSTS PURSUANT TO 28 U.S.C. § 1920<br><br>(Doc. 21) |

　　　　Plaintiff Charlene Martinez and Defendant Michael J. Astrue, Commissioner of Social Security, have stipulated for the award and payment of attorneys fees, expenses, and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (d).  (Doc. 21).

　　　　Accordingly, subject to the terms of the parties' stipulation, IT IS HEREBY ORDERED: fees and costs in the amount of $4,100 are **AWARDED** to Plaintiff, Charlene Martinez.

IT IS SO ORDERED.

Dated:　**November 4, 2011**　　　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE